UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STRIKE 3 HOLDINGS, LLC.,
                              Plaintiff,       :      20 Civ. 10740 (LGS)

                -against-             :      <u>ORDER</u>

JOHN DOE, *subscriber assigned IP address 70.18.16.134*,
                              Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated December 30, 2020, permitted Plaintiff to serve a subpoena on third-party Verizon Internet Services ("Verizon") and other internet service providers ("ISPs") in order to ascertain Defendant's identity (Dkt. No. 8), and Plaintiff filed proof of service of a subpoena on Verizon on January 11, 2021 (Dkt. No. 10).

      WHEREAS, the initial pre-trial conference in this matter is set for February 25, 2021. Pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on February 18, 2021.  It is hereby

      **ORDERED** that by **February 22, 2021**, Plaintiff shall file a letter informing the Court of the status of its subpoenas to Verizon and any other ISPs and summarizing its efforts to identify Defendant.

Dated:  February 19, 2021
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE